```
UNITED STATES DISTRICT COURT                NOT FOR PUBLICATION
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
ARNOLD REEVES,

                        Plaintiff,

        -against-                             10-CV-2766 (ARR)(MDG)

JERMAINE L. WILKINS,

                        Defendant.
---------------------------------------------------------------x
```

**GO, United States Magistrate Judge:**

Plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915 is granted. The United States Marshals Service is directed to serve the summons and complaint upon defendant without prepayment of fees. Since the defendant named is a federal employee, service must be made in accordance with Rule 4(i) of the Federal Rules of Civil Procedure. In addition to service on the named defendant, a copy of the summons and complaint must be delivered or mailed to the United States Attorney for the Eastern District of New York and a copy of each sent by registered or certified mail to the Attorney General of the United States at Washington, D.C.

Plaintiff's request for the appointment of *pro bono* counsel is denied at this time. The allegations complaint does not satisfy the threshold requirement that plaintiff's claim is "likely to be of substance" at this juncture. See Ferrelli v. River Manor Health Care Center, 323 F.3d 196, 204 (2d Cir. 2003). Denial of this motion is without prejudice to renewal at a later date.

SO ORDERED.

Dated: Brooklyn, New York
       August 3, 2010

                                            _/s/_____
                                            MARILYN D. GO
                                            United States Magistrate Judge